**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Case No. 08-30914** |
| | : | |
| **Ridenour, Matthew Phillip** | : | **Chapter 7** |
| | : | |
| **Debtor** | : | **Judge  Lawrence S. Walter** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $8.46 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 374(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Sean O'Keefe C/o Bryan Duplechain 333 W. Wacker Dr, Ste 500 Chicago, IL 60606 | 11I | $8.46 |

Total Unclaimed/Small
Dividends $25.00 or under

Total Unclaimed
Dividends Over $25.00

$ 8.46 _____

$_____

Dated: September 27, 2010

/s/ Thomas R. Noland
Thomas R. Noland #0018239
Case Trustee
1520 Fifth Third Center
110 North Main Street, Suite 1520
Dayton, OH 45402
937. 222.1203 / 937.222.1046 fax
trustee@shsedayton.com

cc:      U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215